UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
EMPLOYEE PAINTERS' TRUST, *et al.*, )   No. MC18-0043RSL
                                    )
                      Plaintiffs,   )
           v.                       )   ORDER RENOTING MOTION FOR
                                    )   ENTRY OF JUDGMENT
SEATTLE PROFESSIONAL AUTO GLASS     )
LLC and TERRY WAYNE SANKEY,         )
                                    )
                      Defendants.   )
_____)

On April 9, 2018, plaintiffs filed a "Motion for Entry of Judgment by Confession." Dkt. # 1. There is no indication that defendants were served with the motion and no justification for its ex parte consideration. The fact that the parties agreed that judgment by confession could be sought with no further notice to defendants (Dkt. # 1-3 at ¶ 12(b)) does not bind the Court. Because the relief sought will obviously impact defendants, defendants will be given an opportunity to respond notwithstanding their prior agreement to an ex parte determination of the matter.

Because plaintiffs seek dispositive relief, the Clerk of Court is directed to note the "Motion for Entry of Judgment by Confession" on the Court's calendar for Friday, May 4, 2018. A copy of the motion (Dkt. # 1) and this Order shall be sent to defendants at the following street and email addresses:

ORDER RENOTING MOTION FOR
ENTRY OF JUDGMENT

| Seattle Professional Auto Glass, LLC<br>10560 Aurora Ave. N<br>Seattle, WA 98133 | Terry Wayne Sankey<br>10560 Aurora Ave. N<br>Seattle, WA 98133 | Terry Wayne Sankey at<br>terry@professionalglass.com |
|---|---|---|

Dated this 12th day of April, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge