# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

EMPLOYEE PAINTERS' TRUST;
WESTERN GLAZIERS RETIREMENT
FUND; DISTRICT COUNCIL NO. 5
APPRENTICESHIP AND TRAINING
TRUST FUND; WASHINGTON
CONSTRUCTION INDUSTRY
SUBSTANCE ABUSE PROGRAM;
PAINTERS AND ALLIED TRADES
LABOR-MANAGEMENT COOPERATION
INITIATIVE; WESTERN WASHINGTON
GLAZIERS ORG FUND; WESTERN
WASHINGTON GLAZIERS MRP; and
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES DISTRICT
COUNCIL NO. 5,

               Plaintiffs,

     vs.

SEATTLE PROFESSIONAL AUTO GLASS
LLC, a Washington limited liability
company; and TERRY WAYNE SANKEY,
an individual,

               Defendants.

Case No. MC18-0043RSL

**ORDER DIRECTING ENTRY OF
JUDGMENT BY CONFESSION**

This matter comes before the Court on plaintiffs' "Motion for Entry of Judgment by

Confession." Dkt. # 1. The Clerk of Court is hereby directed to enter judgment in favor of plaintiffs

Employee Painters' Trust, Western Glaziers Retirement Fund, District Council No. 5 Apprenticeship

and Training Trust Fund, Washington Construction Industry Substance Abuse Program, Painters and

Order Directing Entry of Judgment
by Confession

1

1  Allied Trades Labor-Management Cooperation Initiative; Western Washington Glaziers Org Fund,

2  Western Washington Glaziers MRP, and International Union of Painters and Allied Trades District

3  Council No. 5 and against defendants Seattle Professional Auto Glass LLC and Terry Wayne Sankey in

4  the total amount of $174,148.59, made up of above $193,104.75 in the principal judgment amount, less

5  $76,500.00 in payments received, plus $57,543.84 in prejudgment interest. Interest on any unpaid

6  judgment balance shall accrue at the rate of 12% from the date of judgment until paid in full.

7

8          Dated this 10th day of May, 2018.

9

10                                                ROBERT S. LASNIK
                                                 UNITED STATES DISTRICT JUDGE

Order Directing Entry of Judgment
by Confession